IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 22-271 |
| | : | |
| HENRY PEARSON | : | |

## ORDER

AND NOW, this 25th day of September 2023, upon considering Defendant's Motion to dismiss count three of the Indictment (ECF No. 38), the United States' Opposition (ECF No. 49), finding no basis to strike Congress's prohibition on possessing a firearm under 18 U.S.C. § 922(g)(1), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **DENY** Defendant's Motion to dismiss (ECF No. 38) count three of the Indictment.

_____
KEARNEY, J.